the dissenting opinion in *Commonwealth v. Roberts*, supra.

## Commonwealth *v.* Held, Appellant.

Submitted November 17, 1975. *Burton L. Fish*, and *Fish, Schroeck, Meredith and Ungerman*, for appellant; *Michael J. Veshecco*, Second Assistant District Attorney, and *Robert H. Chase*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Henretta, Appellant.

Submitted November 17, 1975. *Stephen Toole*, Special Assistant Public Defender, for appellant; *Ballard F. Smith, Jr.*, Assistant District Attorney, *Donald E. Lewis*, First Assistant District Attorney, and *Paul D. Shafer, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hines, Appellant.

Submitted November 17, 1975. *Anthony J. Lalama* and *Donna Jo McDaniel*, Trial Defenders , *John J. Dean*, Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Linda L. Kelly* and *Robert L. Eberhardt*, Assistant District